■ JOSEPH CAPOLUPO, Appellant, v TRUSTEES OF COLUMBIA

UNIVERSITY IN THE CITY OF NEW YORK et al., Respondents. [597 NYS2d 363] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered August 28, 1992, dismissing plaintiff's complaint for failure to state a cause of action, unanimously affirmed, without costs.

The IAS Court correctly held that because decedent's fiancé was not a member of her immediate family, plaintiff has no cognizable cause of action for extreme emotional distress allegedly caused by his having witnessed the fatal injuries she suffered as a result of defendants' negligence *(Bovsun v Sanperi,* 61 NY2d 219). Concur—Carro, J. P., Milonas, Ellerin and Kassal, JJ.